IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv- 02098-AP

SEAN PROCTOR,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael P. Gianelli, #41921 | Christina J. Valerio |
| 217 E. 7th Ave. | Assistant Regional Counsel |
| Denver, CO 80203 | Social Security Administration |
| Telephone: (720) 336-1544 | Office of General Counsel |
| Email: gianelli@mpglaw.us | Region VIII |
| | 1961 Stout, Suite 4169 |
| | Denver, CO 80294 |
| | Telephone: (303) 844-7348 |
| | Facsimile: (303) 844-0770 |
| | Christina.valerio@ssa.gov |

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.**     **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed: August 7, 2013**

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:  August 13, 2013**

       **C.**       Date Answer and Administrative Record Were Filed:    October 24, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.**    **Plaintiff's Opening Brief Due:**    **December 23, 2013**

    **B.**    **Defendant's Response Brief Due:**    **January 22, 2014**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**    **February 6, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**    Plaintiff does request oral argument.

    **B.**    **Defendant's Statement:**    Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    **A.**    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **( X )**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 13th day of November 2013.

BY THE COURT:

<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

JOHN F. WALSH
APPROVED:                        UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

<u>s/ *Michael P. Gianelli*</u>              <u>*s/ Christina J. Valerio*</u>
Michael P. Gianelli, #41921       Christina J. Valerio
217 E. 7th Ave.                         Assistant Regional Counsel
Denver, CO 80203                  Social Security Administration
Telephone: (719) 543-8636        Office of General Counsel, Region VIII
Email: : gianelli@mpglaw.us       1961 Stout, Suite 4169
                                          Denver, CO 80294
                                          Telephone: (303) 844-7348
                                          Facsimile: (303) 844-0770
                                          Christina.valerio@ssa.gov